## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Case No. 24-10107-KB |
| | Chapter 13 |
| Raymond J. Holman and | |
| Joshualyn V. Holman, | |
|     Debtors. | |
| | |
| Cadence Bank, | |
|     Plaintiff. | |
| | |
| v. | Adv. No. 24-1005-KB |
| | |
| Raymond J. Holman and | |
| Joshualyn V. Holman, | |
|     Defendants. | |

## **ORDER**

The Court held a hearing on Plaintiff's Motion to Compel Production of Documents & Request for Shorter Notice of Hearing Pursuant to FRCP 37(A)(3)(B)(iv) (ECF No. 32) and Plaintiff's Motion to Extend Deadlines and Trial (ECF No. 36) (together, the "Motions"). For the reasons set forth on the record, the Court orders as follows:

1.    On or before <u>May 23, 2025</u>, the Defendants shall produce all additional documents required to provide a complete response to the Plaintiff's Request for Production of Documents.

2.    The Plaintiff may re-schedule the deposition of Ms. Holman so that it is concluded <u>before June 30, 2025</u>.

3.    The deadlines set forth in the Court's pretrial order dated April 10, 2025 (ECF No. 24) remain suspended.

4.    The Court will hold a status hearing on <u>June 30, 2025, at 10:00 a.m.</u> in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire.

4. The Court will hold a further hearing on the Motions on <u>June 30, 2025, at 10:00 a.m.</u>

6. The hearing on the Plaintiff's Motion in Limine & Request for Sanctions Pursuant to Fed. R. Civ. P. 16(f) (ECF No. 18) is continued from May 19, 2025, to <u>June 30, 2025, at 10:00 a.m.</u>

7. The two-day trial set for May 19 and 20, 2025 is postponed. The Court will reschedule the trial at the June 30, 2025, hearing.

Date:  May 12, 2025                     <u>/s/ Kimberly Bacher</u>
                                        Kimberly Bacher
                                        Chief Bankruptcy Judge